**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Salvatore Falcone Jr. |
| Debtor 2 (Spouse, if filing) | Laurie J. Falcone |
| United States Bankruptcy Court for the: | Western District of Pennsylvania (State) |
| Case number | 13-22884-TPA |

Form 4100R

# Response to Notice of Final Cure Payment

10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1: Mortgage Information

Statement / Response Date: 10/10/2018

**Name of creditor:** Fifth Third Bank

**Court claim no.** (if known): 1

**Last 4 digits** of any number you use to identify the debtor's account: 2663

**Property address:** 4204 Greenridge Rd
Number   Street

Pittsburgh, Pennsylvania 15234
City   State   ZIP Code

### Part 2: Prepetition Default Payments

*Check One*:

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:

### Part 3: Postpetition Mortgage Payment

*Check one*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 10/25/2018
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

| Debtor 1 | Salvatore Falcone Jr. | Case number (if known) | 13-22884-TPA |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

| | | | |
|---|---|---|---|
| a. | Total postpetition ongoing payments due: | (a) | $0.00 |
| b. | Total fees, charges, expenses, escrow, and costs outstanding: | + (b) | $0.00 |
| c. | **Total**. Add lines a and b. | (c) | $0.00 |

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:   MM / DD / YYYY

## Part 4:   Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5:   Sign Here

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ LynAlise K. Tannery         Date  10/10/2018
Signature

Print    **LynAlise K. Tannery**
         First Name   Middle Name   Last Name      Title   Authorized Agent for Fifth Third Bank

Company  Bonial & Associates, P.C.

**If different from the notice address listed on the proof of claim to which this response applies:**

Address  P.O. Box 9013
         Number       Street
         Addison, Texas 75001
         City         State        ZIP Code

Contact phone   (972) 643-6600        Email   POCInquiries@BonialPC.com

## CERTIFICATE OF SERVICE OF RESPONSE TO NOTICE OF FINAL CURE

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before October 10, 2018  via electronic notice unless otherwise stated:

**Debtor**     *Via U.S. Mail*
Salvatore Falcone Jr.
4204 Greenridge Road
Pittsburgh, Pennsylvania 15234

**Co-Debtor**     *Via U.S. Mail*
Laurie J. Falcone
4204 Greenridge Road
Pittsburgh, Pennsylvania 15234

**Debtors' Attorney**
Kenneth Steidl
Steidl & Steinberg
Suite 2830 Gulf Tower
707 Grant Street
Pittsburgh, PA  15219

**Chapter 13 Trustee**
Ronda J. Winnecour
Suite 3250, USX Tower, 600 Grant Street
Pittsburgh, Pennsylvania 15219

Respectfully Submitted,

/s/  LynAlise K. Tannery