IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | Case No. 13-22884 TPA |
| Salvatore Falcone, Jr. | ) | Chapter 13 |
| Laurie J. Falcone, | ) | Docket No. |
| *Debtors* | ) | |
| | ) | |
| Salvatore Falcone, Jr. | ) | |
| Laurie J. Falcone, | ) | |
| *Movants* | ) | |
| | ) | |
| *No Respondent(s)* | ) | |

## **DEBTORS' CERTIFICATION OF NON-DISCHARGE ELIGIBILITY**

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. The Debtors are not required to pay any Domestic Support Obligations.

3. The Debtors are not entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does render the Debtors ineligible for a discharge due to a discharge of Case No. 12-23787.

4. On July 31, 2018 at docket numbers 149 and 150, the Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by*:* Undersigned Counsel duly questioned Debtor(s) about the statements in this Certification and verified the answers in support of this Certification.

                                              Respectfully submitted,


October 16, 2018                              /s/ Kenneth Steidl
DATE                                          Kenneth Steidl, Esquire
                                              Attorney for the Debtor

                                              STEIDL & STEINBERG
                                              707 Grant Street
                                              Suite 2830, Gulf Tower
                                              Pittsburgh, PA 15219
                                              (412) 391-8000
                                              Ken.steidl@steidl-steinberg.com
                                              PA I.D. No. 34965


**PAWB Local Form 24 (07/13)**