**Form 300a**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Salvatore Falcone Jr.** | : | Case No. 13–22884–TPA |
| **aka Sam Falcone Jr., dba Falcone Masonry, dba** | : | Chapter: 13 |
| **Better Building Inspections, and others...** | : | |
| **Laurie J. Falcone** | : | |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | Related to Document No. 156 |
| *Movant(s),* | : | |
| | : | Hearing Date: 12/12/18 at 12:00 PM |
| v. | : | |
| **No Respondents** | : | |
| *Respondent(s).* | : | |

## ORDER SCHEDULING DATE FOR RESPONSE
## AND HEARING ON MOTION

    *AND NOW,* this *The 15th of October, 2018*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 156 , by the Chapter 13 Trustee

    It is hereby *ORDERED, ADJUDGED and DECREED* that:

    (1)  *On or before November 29, 2018*, any *Response*, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 *OR* U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

    (2)  This *Motion* is scheduled for hearing on *December 12, 2018 at 12:00 PM* in Courtroom "C", 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*.

    (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. *To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge Thomas P. Agresti refer to the calendar section.* In the event a default order has been signed, the Moving Party shall *IMMEDIATELY* advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

    (4)  If either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* are not timely filed, once the Motion is approved, *without further notice or hearing, the case is SUBJECT TO CLOSURE WITHOUT A DISCHARGE.*

_____
Thomas P. Agresti, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                            Case No. 13-22884-TPA
Salvatore Falcone, Jr.                                           Chapter 13
Laurie J. Falcone
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: jmar              Page 1 of 2            Date Rcvd: Oct 15, 2018
                              Form ID: 300a           Total Noticed: 17
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 17, 2018.
```
db/jdb          +Salvatore Falcone, Jr.,   Laurie J. Falcone,   4204 Greenridge Road,
                 Pittsburgh, PA 15234-1102
cr               Duquesne Light Company,   c/o Peter J. Ashcroft,   2200 Gulf Tower,   Pittsburgh, PA  15219
cr              +Fifth Third Bank,   P.O. Box 9013,   Addison, TX 75001-9013
cr              +Liberty Revolving Trust by Wilmington Savings Fund,   Fay Servicing, LLC,
                 3000 Kellway Dr. Ste 150,   Carrollton, TX 75006-3357
13686041        +Blatt Hasenmiller, Leibsker & Moore LLC,   1835 Market Street,   Suite 105,
                 Philadelphia, PA 19103-2968
13713988        +Borough of Castle Shannon,   c/o Goehring Rutter & Boehm,   437 Grant Street, 14th Floor,
                 Pittsburgh, PA 15219-6101
13731056         CitiMortgage, Inc.,   PO Box 6030,   Sioux Falls, SD 57117-6030
13686042         Citibank South Dakota,   701 Est 60th Street N,   Sioux Falls, SD 57117
13670850        +Citimortgage Inc.,   c/o Gregory Javardian, Esquire,   1310 Industrial Bouldvard, 2nd Floor,
                 Suite 202,   Southampton, PA 18966-4030
13670849         Citimortgage Inc.,   1000 Technology Drive,   O Fallon, MO 63368-2240
13686047        ++FIFTH THIRD BANK,   MD# ROPS05 BANKRUPTCY DEPT,   1850 EAST PARIS SE,
                 GRAND RAPIDS MI 49546-6253
                 (address filed with court: Fifth Third Bank,   707 Grant Street,   Gulf Tower,
                 Pittsburgh, PA 15219)
13670851        +Fifth Third Bank,   P.O. Box 740778,   Cincinnati, OH 45274-0778
13687494        +Fifth Third Bank,   9441 LBJ Freeway, Suite 350,   Dallas, Texas 75243-4652
14823355        +Liberty Revolving Trust,   Fay Servicing, LLC,   3000 Kellway Dr. Ste 150,
                 Carrollton, TX 75006-3357
14133313        +MTGLQ Investors, L.P.,   c/o Shellpoint Mortgage Servicing,   PO Box 10826,
                 Greenville, SC 29603-0826
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13686045        +E-mail/Text: notices@burt-law.com Oct 16 2018 02:51:21      Derek Blasker, Esquire,
                 1060 Andrew Drive,   Suite 170,   West Chester, PA 19380-5601
13711102        +E-mail/Text: kburkley@bernsteinlaw.com Oct 16 2018 02:51:13      Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,   707 Grant Street,   Suite 2200 Gulf Tower,
                 Pittsburgh, PA 15219-1908
                                                                              TOTAL: 2
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Borough of Castle Shannon
cr              CITIMORTGAGE, INC.
cr              CitiMortgage, Inc., et al...
cr              Fifth Third Bank
cr              Shellpoint Mortgage Servicing
cr*            +MTGLQ Investors, L.P.,   c/o Shellpoint Mortgage Servicing,   PO Box 10826,
                 Greenville, SC 29603-0826
13686044*      +Citimortgage Inc.,   c/o Gregory Javardian, Esquire,   1310 Industrial Bouldvard, 2nd Floor,
                 Suite 202,   Southampton, PA 18966-4030
13686043*       Citimortgage Inc.,   1000 Technology Drive,   O Fallon, MO 63368-2240
13686046*      +Fifth Third Bank,   P.O. Box 740778,   Cincinnati, OH 45274-0778
                                                                  TOTALS: 5, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 17, 2018                              Signature:   /s/Joseph Speetjens

District/off: 0315-2          User: jmar              Page 2 of 2              Date Rcvd: Oct 15, 2018
                             Form ID: 300a            Total Noticed: 17

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 15, 2018 at the address(es) listed below:

          Abagale E. Steidl    on behalf of Joint Debtor Laurie J. Falcone asteidl@steidl-steinberg.com,
           julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@not
           ify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com
          Abagale E. Steidl    on behalf of Debtor Salvatore  Falcone, Jr. asteidl@steidl-steinberg.com,
           julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@not
           ify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com
          David A. DeFlece   on behalf of Creditor   Shellpoint Mortgage Servicing ddeflece@blankrome.com
          Elizabeth Lamont Wassall    on behalf of Creditor   Fifth Third Bank bankruptcy@udren.com
          James  Warmbrodt   on behalf of Creditor   Liberty Revolving Trust by Wilmington Savings Fund
           Society, FSB, not in its individual capacity, but solely as Owner Trustee bkgroup@kmllawgroup.com
          James A. Prostko   on behalf of Creditor   CITIMORTGAGE, INC. pawb@fedphe.com,
           james.prostko@phelanhallinan.com
          Jeffrey R. Hunt   on behalf of Creditor   Borough of Castle Shannon jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jill  Manuel-Coughlin   on behalf of Creditor   CITIMORTGAGE, INC. jill@pkallc.com,
           chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
           ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
          Jill  Manuel-Coughlin   on behalf of Creditor   CitiMortgage, Inc., et al... jill@pkallc.com,
           chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
           ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
          Kenneth  Steidl    on behalf of Debtor Salvatore  Falcone, Jr. julie.steidl@steidl-steinberg.com,
           ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
           eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
           inberg.com
          Kenneth  Steidl    on behalf of Joint Debtor Laurie J. Falcone julie.steidl@steidl-steinberg.com,
           ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
           eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
           inberg.com
          Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft   on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          Sherri J. Smith   on behalf of Creditor   Fifth Third Bank pawb@fedphe.com,
           sherri.braunstein@phelanhallinan.com
          Stuart P. Winneg   on behalf of Creditor   Fifth Third Bank swinneg@udren.com,  cblack@udren.com
          William E. Miller   on behalf of Creditor   MTGLQ Investors, L.P. wmiller@sterneisenberg.com,
           bkecf@sterneisenberg.com
                                                                            TOTAL: 17