**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>SALVATORE FALCONE, JR.<br>LAURIE J. FALCONE<br>    Debtor(s)<br>Ronda J. Winnecour<br>    Movant<br>    vs.<br>SALVATORE FALCONE, JR.<br>LAURIE J. FALCONE | Case No.:13-22884 TPA<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR COMPLETION OF CASE AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS (NO DISCHARGE)**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of the payments to creditors and the claims filed in this Chapter 13 Case.  The Trustee now recommends that the Court    treat thisChapter 13 case as complete.

3. Attached hereto for approval, please find the **Trustee's Report of Receipts and Disbursements** inthis case.

4. As a result of a prior bankruptcy discharge received by the debtor(s) within the statutory time period    prior to the commencement of this case, the Trustee avers that the debtor(s) is (are) not entitled to a    discharge in this case.

5. After all distribution checks have been negotiated or funds deposited into the Court's registry, the  Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and   Account** (the "Final Report").     Upon submission of the Final Report, the Trustee asks the Court to  discharge her from her duties in this case and close this case.

WHERFORE, the Trustee respectfully requests that the Court,
    (a) Approve the Trustee's Report of Receipts and Disbursements,
    (b) Revest property of the estate with the debtor(s),
    (c) Terminate wage attachments, and
    (d) Enter a final decree and close this case.

| | |
|---|---|
| October 12, 2018 | /s/   Ronda J. Winnecour<br>RONDA J WINNECOUR PA ID #30399<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 07/08/2013 and confirmed on 9/3/13 . The case was subsequently    Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 75,844.00 |
| Less Refunds to Debtor | 7,982.31 | |
| TOTAL AMOUNT OF PLAN FUND | | 67,861.69 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 5,500.00 | |
|   Trustee Fee | 2,974.69 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 8,474.69 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   LIBERTY REVOLVING TRUST BY WILMIN | 27,366.59 | 27,366.59 | 0.00 | 27,366.59 |
|     Acct: 7193 | | | | |
|   FIFTH THIRD BANK** | 0.00 | 6,183.57 | 0.00 | 6,183.57 |
|     Acct: 2663 | | | | |
|   LIBERTY REVOLVING TRUST BY WILMIN | 2,843.88 | 2,843.88 | 0.00 | 2,843.88 |
|     Acct: 7193 | | | | |
|   LIBERTY REVOLVING TRUST BY WILMIN | 0.00 | 21,924.70 | 0.00 | 21,924.70 |
|     Acct: 7193 | | | | |
|   FIFTH THIRD BANK** | 124.09 | 124.09 | 0.00 | 124.09 |
|     Acct: 2663 | | | | |
|   LIBERTY REVOLVING TRUST BY WILMIN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7193 | | | | |
|   CASTLE SHANNON BOROUGH (SWG) | 200.29 | 200.29 | 43.41 | 243.70 |
|     Acct: M254 | | | | |
|   CASTLE SHANNON BOROUGH (SWG) | 7.90 | 7.90 | 0.00 | 7.90 |
|     Acct: M254 | | | | |
| | | | | 58,694.43 |
| **Priority** | | | | |
|   KENNETH STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SALVATORE FALCONE, JR. | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SALVATORE FALCONE, JR. | 7,982.31 | 7,982.31 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 2,500.00 | 2,500.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KENNETH STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXX8-16 | | | | |
|   KENNETH STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| Acct: | | | | |
| LIBERTY REVOLVING TRUST BY WILMIN | 425.00 | 425.00 | 0.00 | 425.00 |
| Acct: 7193 | | | | |
| LIBERTY REVOLVING TRUST BY WILMIN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7193 | | | | |
| | | | | 425.00 |
| **Unsecured** | | | | |
| CITIBANK NA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX3399 | | | | |
| FIFTH THIRD BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX4844 | | | | |
| DUQUESNE LIGHT COMPANY* | 267.57 | 267.57 | 0.00 | 267.57 |
| Acct: 6006 | | | | |
| BERNSTEIN-BURKLEY PC (FORMERLY F( | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DAVID DEFLECE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 267.57 |
| **TOTAL PAID TO CREDITORS** | | | | 59,387.00 |

```
TOTAL
 CLAIMED           425.00
 PRIORITY       30,542.75
 SECURED           267.57
```

Date: 10/12/2018

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    SALVATORE FALCONE, JR.
    LAURIE J. FALCONE
        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:13-22884 TPA

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Completion of Case and Approval of Trustee's Report of Receipts and Disursements (No Discharge)**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED and DECREED**, as follows:

  (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) shall not receive a discharge in this case, due to the debtor(s)' receipt of a prior discharge within the statutory time period prior to the commencement of this case.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                            BY THE COURT:

                                            _____

                                            U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 13-22884-TPA
Salvatore Falcone, Jr.                                                    Chapter 13
Laurie J. Falcone
        Debtors

# CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: jmar              Page 1 of 2              Date Rcvd: Oct 15, 2018
                              Form ID: pdf900         Total Noticed: 17
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 17, 2018.
```
db/jdb         +Salvatore Falcone, Jr.,    Laurie J. Falcone,    4204 Greenridge Road,
                 Pittsburgh, PA 15234-1102
cr              Duquesne Light Company,    c/o Peter J. Ashcroft,    2200 Gulf Tower,    Pittsburgh, PA  15219
cr             +Fifth Third Bank,    P.O. Box 9013,    Addison, TX 75001-9013
cr             +Liberty Revolving Trust by Wilmington Savings Fund,    Fay Servicing, LLC,
                 3000 Kellway Dr. Ste 150,    Carrollton, TX 75006-3357
13686041       +Blatt Hasenmiller, Leibsker & Moore LLC,    1835 Market Street,    Suite 105,
                 Philadelphia, PA 19103-2968
13713988       +Borough of Castle Shannon,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
                 Pittsburgh, PA 15219-6101
13731056        CitiMortgage, Inc.,    PO Box 6030,    Sioux Falls, SD 57117-6030
13686042        Citibank South Dakota,    701 Est 60th Street N,    Sioux Falls, SD 57117
13670850       +Citimortgage Inc.,    c/o Gregory Javardian, Esquire,    1310 Industrial Bouldvard, 2nd Floor,
                 Suite 202,    Southampton, PA 18966-4030
13670849        Citimortgage Inc.,    1000 Technology Drive,    O Fallon, MO 63368-2240
13686047       ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
                 GRAND RAPIDS MI 49546-6253
                (address filed with court: Fifth Third Bank,    707 Grant Street,    Gulf Tower,
                 Pittsburgh, PA 15219)
13670851       +Fifth Third Bank,    P.O. Box 740778,    Cincinnati, OH 45274-0778
13687494       +Fifth Third Bank,    9441 LBJ Freeway, Suite 350,    Dallas, Texas 75243-4652
14823355       +Liberty Revolving Trust,    Fay Servicing, LLC,    3000 Kellway Dr. Ste 150,
                 Carrollton, TX 75006-3357
14133313       +MTGLQ Investors, L.P.,    c/o Shellpoint Mortgage Servicing,    PO Box 10826,
                 Greenville, SC 29603-0826
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13686045       +E-mail/Text: notices@burt-law.com Oct 16 2018 02:51:21     Derek Blasker, Esquire,
                 1060 Andrew Drive,    Suite 170,    West Chester, PA 19380-5601
13711102       +E-mail/Text: kburkley@bernsteinlaw.com Oct 16 2018 02:51:14     Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant Street,    Suite 2200 Gulf Tower,
                 Pittsburgh, PA 15219-1908
                                                                                             TOTAL: 2
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Borough of Castle Shannon
cr              CITIMORTGAGE, INC.
cr              CitiMortgage, Inc., et al...
cr              Fifth Third Bank
cr              Shellpoint Mortgage Servicing
cr*            +MTGLQ Investors, L.P.,    c/o Shellpoint Mortgage Servicing,    PO Box 10826,
                 Greenville, SC 29603-0826
13686044*      +Citimortgage Inc.,    c/o Gregory Javardian, Esquire,    1310 Industrial Bouldvard, 2nd Floor,
                 Suite 202,    Southampton, PA 18966-4030
13686043*       Citimortgage Inc.,    1000 Technology Drive,    O Fallon, MO 63368-2240
13686046*      +Fifth Third Bank,    P.O. Box 740778,    Cincinnati, OH 45274-0778
                                                                                 TOTALS: 5, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 17, 2018                                Signature:  /s/Joseph Speetjens

```
District/off: 0315-2                  User: jmar                    Page 2 of 2                   Date Rcvd: Oct 15, 2018
                                      Form ID: pdf900               Total Noticed: 17
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 12, 2018 at the address(es) listed below:
              Abagale E. Steidl    on behalf of Joint Debtor Laurie J. Falcone asteidl@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@not
               ify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com
              Abagale E. Steidl    on behalf of Debtor Salvatore  Falcone, Jr. asteidl@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@not
               ify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com
              David A. DeFlece    on behalf of Creditor   Shellpoint Mortgage Servicing ddeflece@blankrome.com
              Elizabeth Lamont Wassall    on behalf of Creditor    Fifth Third Bank bankruptcy@udren.com
              James  Warmbrodt    on behalf of Creditor    Liberty Revolving Trust by Wilmington Savings Fund
               Society, FSB, not in its individual capacity, but solely as Owner Trustee bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Creditor    CITIMORTGAGE, INC. pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              Jeffrey R. Hunt    on behalf of Creditor    Borough of Castle Shannon jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jill  Manuel-Coughlin    on behalf of Creditor    CITIMORTGAGE, INC. jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
              Jill  Manuel-Coughlin    on behalf of Creditor    CitiMortgage, Inc., et al... jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
              Kenneth  Steidl    on behalf of Debtor Salvatore  Falcone, Jr. julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
               eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
               inberg.com
              Kenneth  Steidl    on behalf of Joint Debtor Laurie J. Falcone julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
               eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
               inberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Sherri J. Smith    on behalf of Creditor    Fifth Third Bank pawb@fedphe.com,
               sherri.braunstein@phelanhallinan.com
              Stuart P. Winneg    on behalf of Creditor    Fifth Third Bank swinneg@udren.com,  cblack@udren.com
              William E. Miller    on behalf of Creditor    MTGLQ Investors, L.P. wmiller@sterneisenberg.com,
               bkecf@sterneisenberg.com
                                                                                             TOTAL: 17
```