FILED
11/20/18 12:40 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>　　SALVATORE FALCONE, JR.<br>　　LAURIE J. FALCONE<br>　　　　Debtor(s)<br><br>Ronda J. Winnecour<br>　　　　Movant<br>　　vs.<br>No Repondents. | Case No.:13-22884 TPA<br><br>Chapter 13<br><br>Document No.:  156 |

## ORDER OF COURT

AND NOW, this ___20th___ day of ___November___, 20_18_, upon consideration of the **Chapter 13 Trustee's Motion for Completion of Case and Approval of Trustee's Report of Receipts and Disursements (No Discharge)**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED and DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) shall not receive a discharge in this case, due to the debtor(s)' receipt of a prior discharge within the statutory time period prior to the commencement of this case.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT

_____
U.S. BANKRUPTCY JUDGE

jlm

```
                        United States Bankruptcy Court
                        Western District of Pennsylvania

In re:                                                      Case No. 13-22884-TPA
Salvatore Falcone, Jr.                                      Chapter 13
Laurie J. Falcone
        Debtors                      CERTIFICATE OF NOTICE
District/off: 0315-2           User: culy                   Page 1 of 2              Date Rcvd: Nov 20, 2018
                               Form ID: pdf900              Total Noticed: 17


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 22, 2018.
db/jdb         +Salvatore Falcone, Jr.,    Laurie J. Falcone,    4204 Greenridge Road,
                 Pittsburgh, PA 15234-1102
cr              Duquesne Light Company,    c/o Peter J. Ashcroft,    2200 Gulf Tower,    Pittsburgh, PA 15219
cr             +Fifth Third Bank,    P.O. Box 9013,    Addison, TX 75001-9013
cr             +Liberty Revolving Trust by Wilmington Savings Fund,    Fay Servicing, LLC,
                 3000 Kellway Dr. Ste 150,   Carrollton, TX 75006-3357
13686041       +Blatt Hasenmiller, Leibsker & Moore LLC,    1835 Market Street,    Suite 105,
                 Philadelphia, PA 19103-2968
13713988       +Borough of Castle Shannon,   c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
                 Pittsburgh, PA 15219-6101
13731056        CitiMortgage, Inc.,    PO Box 6030,   Sioux Falls, SD 57117-6030
13686042        Citibank South Dakota,    701 Est 60th Street N,    Sioux Falls, SD 57117
13670849        Citimortgage Inc.,    1000 Technology Drive,    O Fallon, MO 63368-2240
13670850       +Citimortgage Inc.,    c/o Gregory Javardian, Esquire,    1310 Industrial Bouldvard, 2nd Floor,
                 Suite 202,   Southampton, PA 18966-4030
13686047       ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,   1850 EAST PARIS SE,
                 GRAND RAPIDS MI 49546-6253
               (address filed with court: Fifth Third Bank,    707 Grant Street,    Gulf Tower,
                 Pittsburgh, PA 15219)
13670851       +Fifth Third Bank,    P.O. Box 740778,   Cincinnati, OH 45274-0778
13687494       +Fifth Third Bank,    9441 LBJ Freeway, Suite 350,   Dallas, Texas 75243-4652
14823355       +Liberty Revolving Trust,    Fay Servicing, LLC,   3000 Kellway Dr. Ste 150,
                 Carrollton, TX 75006-3357
14133313       +MTGLQ Investors, L.P.,    c/o Shellpoint Mortgage Servicing,    PO Box 10826,
                 Greenville, SC 29603-0826

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13686045       +E-mail/Text: notices@burt-law.com Nov 21 2018 03:09:09     Derek Blasker, Esquire,
                 1060 Andrew Drive,    Suite 170,   West Chester, PA 19380-5601
13711102       +E-mail/Text: kburkley@bernsteinlaw.com Nov 21 2018 03:09:00     Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant Street,   Suite 2200 Gulf Tower,
                 Pittsburgh, PA 15219-1908
                                                                                               TOTAL: 2

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Borough of Castle Shannon
cr              CITIMORTGAGE, INC.
cr              CitiMortgage, Inc., et al...
cr              Fifth Third Bank
cr              Shellpoint Mortgage Servicing
cr*            +MTGLQ Investors, L.P.,    c/o Shellpoint Mortgage Servicing,    PO Box 10826,
                 Greenville, SC 29603-0826
13686044*      +Citimortgage Inc.,    c/o Gregory Javardian, Esquire,    1310 Industrial Bouldvard, 2nd Floor,
                 Suite 202,   Southampton, PA 18966-4030
13686043*       Citimortgage Inc.,    1000 Technology Drive,    O Fallon, MO 63368-2240
13686046*      +Fifth Third Bank,    P.O. Box 740778,   Cincinnati, OH 45274-0778
                                                                                TOTALS: 5, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2018                              Signature:  /s/Joseph Speetjens

```
District/off: 0315-2          User: culy                Page 2 of 2            Date Rcvd: Nov 20, 2018
                              Form ID: pdf900           Total Noticed: 17
```

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2018 at the address(es) listed below:

```
          Abagale E. Steidl    on behalf of Joint Debtor Laurie J. Falcone asteidl@steidl-steinberg.com,
           julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@not
           ify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com
          Abagale E. Steidl    on behalf of Debtor Salvatore  Falcone, Jr. asteidl@steidl-steinberg.com,
           julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@not
           ify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com
          David A. DeFlece    on behalf of Creditor    Shellpoint Mortgage Servicing ddeflece@blankrome.com
          Elizabeth Lamont Wassall    on behalf of Creditor    Fifth Third Bank bankruptcy@udren.com
          James  Warmbrodt    on behalf of Creditor    Liberty Revolving Trust by Wilmington Savings Fund
           Society, FSB, not in its individual capacity, but solely as Owner Trustee bkgroup@kmllawgroup.com
          James A. Prostko    on behalf of Creditor    CITIMORTGAGE, INC. pawb@fedphe.com,
           james.prostko@phelanhallinan.com
          Jeffrey R. Hunt    on behalf of Creditor    Borough of Castle Shannon jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jill  Manuel-Coughlin    on behalf of Creditor    CITIMORTGAGE, INC. jill@pkallc.com,
           chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
           ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
          Jill  Manuel-Coughlin    on behalf of Creditor    CitiMortgage, Inc., et al... jill@pkallc.com,
           chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
           ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
          Kenneth  Steidl    on behalf of Debtor Salvatore  Falcone, Jr. julie.steidl@steidl-steinberg.com,
           ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
           eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
           inberg.com
          Kenneth  Steidl    on behalf of Joint Debtor Laurie J. Falcone julie.steidl@steidl-steinberg.com,
           ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
           eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
           inberg.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          Sherri J. Smith    on behalf of Creditor    Fifth Third Bank pawb@fedphe.com,
           sherri.braunstein@phelanhallinan.com
          Stuart P. Winneg    on behalf of Creditor    Fifth Third Bank swinneg@udren.com,  cblack@udren.com
          William E. Miller    on behalf of Creditor    MTGLQ Investors, L.P. wmiller@sterneisenberg.com,
           bkecf@sterneisenberg.com
                                                                                             TOTAL: 17
```